MARGARET E. HOYT, as Administratrix of the Estate of HARRY F. HOYT, Deceased, Appellant, *v.* LONG ISLAND RAILROAD COMPANY, Respondent.

*Hoyt* v. *Long Island R. R. Co.*, 176 App. Div. 371, affirmed.

(Argued June 6, 1918; decided July 12, 1918.)

APPEAL from a judgment, entered January 29, 1917, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate while riding a bicycle across defendant's track at Carlton avenue in the village of Central Islip was struck by a train and killed. The Appellate Division directed a dismissal of the complaint on the ground of contributory negligence.

*Anthony J. Ernest* for appellant.

*Alfred A. Gardner* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.